## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  Tracy E. Beaver                :           Case No.   18-14089-elf

Debtor                                 :           Chapter 13

## ORDER OF COURT

**AND NOW**, this 2nd day of July, 2018 it is hereby **ORDERED** that the Debtor may have until **July 18, 2018** to file the required Schedules and Statement in the above case.

copy to:

Tracy E. Beaver
1707 Chantilly Lane
Chester Springs, PA  19425

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**