United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-14089-elf
Tracy E. Beaver                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 03, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
db             +Tracy E. Beaver,    1707 Chantilly Lane,    Chester Springs, PA 19425-1734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Harborview Mortgage Loan Trust 2005-3, Mortgage Loan Pass-Through Certificates, Series 2005-3
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Tracy E. Beaver                :         Case No.   18-14089-elf

Debtor                                 :         Chapter 13

### ORDER OF COURT

**AND NOW**, this 2nd day of July, 2018 it is hereby **ORDERED** that the Debtor may have until **July 18, 2018** to file the required Schedules and Statement in the above case.

_____

copy to:

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Tracy E. Beaver
1707 Chantilly Lane
Chester Springs, PA  19425