# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14089-ELF

TRACY E BEAVER

1707 CHANTILLY LANE

CHESTER SPRINGS, PA 19425

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TRACY E BEAVER

    1707 CHANTILLY LANE

    CHESTER SPRINGS, PA 19425

Counsel for debtor(s), by electronic notice only.

    PRO-SE
*
*
*,* *
   ,

Date: 8/29/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee